

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2019

The Honorable Alvin K. Hellerstein
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/19

Re: *United States v. Trice, et al.,* **19-cr-582 (AKH)**

Dear Judge Hellerstein:

The Government respectfully submits this letter, with the consent of the defendants, to seek a 30-day adjournment of the status conference currently scheduled to occur on December 20, 2019 at 11:00 a.m. The parties are currently engaged in discussions regarding pretrial dispositions, and we do not anticipate that those conversations will be completed by this Friday. Accordingly, the parties jointly request a 30-day adjournment.

The Government further moves, with consent of the defendants, to exclude time under the Speedy Trial Act until the next-scheduled conference date so that the parties may continue to engage in discussions regarding pretrial dispositions.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Ni Qian
Assistant United States Attorney
(212) 637-2364

*[Handwritten note:]* Conf. is adjourned until January 24, 2020 @ 11:00 a.m. Time is excluded until then in the interest of justice.
X /s/ A.K. Hellerstein
12-19-2019