# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 23, 2020

*VIA ECF*
The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-2020

Re:   *United States v. Rashaun Trice et al.*, 19 CR 582 (AKH)

Dear Judge Hellerstein:

With the consent of all parties, I write to request an adjournment of about 60 days of the next pretrial conference, currently scheduled for January 24, 2020, so that the parties can continue to engage in plea discussions. In light of the request, the defendants consent to the exclusion of time for purposes of calculating the Speedy Trial clock.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:   AUSA Ni Qian (via ECF)
      Kenneth Paul, Esq. (via ECF)
      Robert Soloway, Esq. (via ECF)

The conference is adjourned to March 20, 2020 at 11:00 AM. Time is excluded until March 20, 2020 in the interest of justice. So ordered.

/s/ Alvin K. Hellerstein
1-24-2020