ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2020

**TO:** Concerned Parties

**FROM:** Brigitte Jones, Courtroom Deputy     Date: 3/16/2020
by Order of Judge Alvin K. Hellerstein

US v. Rashaun Trice, Scott Acheampong, Touray Blackwood - 19 Cr. 582 (AKH)

The pre-trial conf. previously set for 3/20/2020 is hereby adjourned.

You are hereby notified that you are required to appear for pre-trial conf.

> Date : March 31, 2020
> Time: 11:00 am
> Place: U.S. Courthouse - Southern District of New York
>   500 Pearl Street
>   Courtroom 14D
>   New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to **all counsel** involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*/s/ Alvin K. Hellerstein*
3/16/2020