

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl
New York, New York 10007

      Re:   *United States v. Rashaun Trice, et al.*, 19 Cr. 582 (AKH)

Dear Judge Hellerstein:

      The Government respectfully submits this letter to request an adjournment of the status conference currently scheduled for March 31, 2020 at 11 a.m. for approximately a month, in light of the ongoing public health crisis involving COVID-19. Furthermore, the parties are actively engaged in discussions regarding a pretrial disposition, which have also been delayed due to the public health crisis.

      For the same reasons, the Government also moves to exclude time under the Speedy Trial Act until the next scheduled status conference, so that the parties can continue to discuss pretrial disposition. The Government believes an exclusion of time is in the interest of justice. The defendants consent to the exclusion.

*[Handwritten: The conf is adjourned until June 19, 2020 @ 11:00 a.m. Time is excluded until then; in the interest of justice. AKH 3-30-2020]*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Ni Qian
Assistant United States Attorney
(212) 637-2364