# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 5, 2021

VIA ECF

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Trice et al.*, 19 CR 582 (AKH)

Dear Judge Hellerstein:

With the consent of the government and co-counsel, I write to seek an adjournment of the next pretrial conference, scheduled for January 12, 2021. The parties jointly ask that the Court adjourn the conference until mid-February. All of the defendants are actively engaged in plea discussions and anticipate a resolution short of trial but need additional time to complete our negotiations. To accommodate this request, the defendants have no objection to exclusion of time for speedy trial calculation purposes.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc: all parties (via ECF)

*[Handwritten note:] Conference is adjourned until February 17, 2021 at 2:30 p.m. Time is excluded in the interest of justice.*

*[Signed]* Alvin K. Hellerstein
1-6-2021