# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 26, 2021

*VIA ECF*
The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Rashaun Trice et al.,* 19 CR 582 (AKH)

Dear Judge Hellerstein:

With the consent of the government, I write to request an adjournment of Mr. Trice's sentencing, currently scheduled for Friday, April 30. I am currently on trial before Judge Schofield and need the additional time to effectively prepare a submission on behalf of Mr. Trice in advance of his sentencing.

Thank you for your consideration of this matter.

            Respectfully submitted,

            /s/Julia Gatto
            Julia L. Gatto
            Assistant Federal Defender
            (212) 417-8750

cc:  AUSA Ni Qian (via ECF)

*Handwritten note:* Sentencing is adjourned until June 9, 2021 at 10:00 am
*Signed:* Alvin K. Hellerstein
4/27/21