# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2021

*VIA ECF*
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Trice et al.*, 19 CR 582 (AKH)

Dear Judge Hellerstein:

With the consent of the government, I write to seek an adjournment of about 30 days of Mr. Trice's sentencing, currently scheduled for June 9, 2021. The adjournment is needed so that I can effectively prepare a submission on Mr. Trice's behalf in advance of his sentencing.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:    all parties (via ECF)

*[Handwritten: Sentencing is adjourned until July 9, 2021 at 12:00 p.m.*
*X  Alvin K. Hellerstein*
*6/6/2021]*