# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 2, 2021

*VIA ECF*
The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: Sentencing is adjourned until Sept 17, 2021 at 11:00 a.m. /s/ A.K. Hellerstein 7/6/21]*

Re: *United States v. Rashaun Trice et al.*, 19 CR 582 (AKH)

Dear Judge Hellerstein:

With the consent of the government, I write to seek an adjournment of about 30 days of Mr. Trice's sentencing, currently scheduled for July 9, 2021. The adjournment is needed so that I can complete my collection of mitigation materials and effectively prepare a sentencing submission on Mr. Trice's behalf.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc: AUSA Ni Qian (via ECF)