UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA
:                           CONSENT PRELIMINARY ORDER
- v. -                      : OF FORFEITURE/
:                           MONEY JUDGMENT
RASHAUN TRICE,
:                           19 Cr. 582 (AKH)
Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about August 14, 2019, RASHAUN TRICE (the "Defendant"), among others, was charged in a three-count Indictment, 19 Cr. 582 (AKH) (the "Indictment"), with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One); bank fraud, in violation of Title 18, United States Code, Sections 1344 and 2 (Count Two); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b) and 2 (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), of any and all property constituting or derived from, proceeds obtained directly or indirectly, as a result of the commission of the offenses charged in Count One and Two of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to commission of the offenses charged in Count One and Two of the Indictment;

WHEREAS, on or about January 25, 2021, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(2)(A), a sum of money equal to

$27,256.63 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $27,256.63 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained (i) $9,856.63 of which the Defendant is joint and several with co-defendant Touray Blackwood and the forfeiture money judgment entered in this case against Touray Blackwood in the amount of $9,856.63; and (ii) $8,400 of which is joint and several with co-defendant Scott Acheampong and the money judgment entered in this case against Scott Acheampong in the amount of $29,958.20; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorney, Ni Qian of counsel, and the Defendant, and his counsel, Julia Gatto, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $27,256.63 in United States currency (the "Money Judgment") representing the amount of proceeds traceable to the offense charged in Count One of the Indictment, (i) $9,856.63 of which the Defendant is joint and several with co-defendant Touray Blackwood and the forfeiture money judgment entered in this case against Touray Blackwood in the amount of $9,856.63; and (ii) $8,400 of which is joint and several

with co-defendant Scott Acheampong and the money judgment entered in this case against Scott Acheampong in the amount of $29,958.20, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, RASHAUN TRICE, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[SPACE LEFT INTENTIONALLY BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____        9/17/21
Ni Qian                             DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2364


RASHAUN TRICE

By: _____        9/17/21
Rashaun Trice                       DATE


By: _____        9/17/21
Julie Gatto, Esq.                   DATE
Attorney for Defendant
Federal Defenders of New York
52 Duane Street
New York, NY 10007

SO ORDERED:

_____             9/17/2021
HONORABLE ALVIN K. HELLERSTEIN      DATE
UNITED STATES DISTRICT JUDGE