# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 29, 2021

*VIA ECF*

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Rashaun Trice et al.*, 19 CR 582 (AKH)

Dear Judge Hellerstein:

With the consent of the government, I write to seek an extension of the date by which Mr. Trice must surrender to begin to serve his prison sentence. Without a Court order, Mr. Trice is required to surrender tomorrow. However, the B.O.P. has not yet designated a facility for Mr. Trice. As such, Mr. Trice will have to surrender to the Marshals and likely will be held at the M.D.C. or Essex County Jail and then transported later. Especially during COVID, detention at a pretrial facility and then transport are arduous and unnecessarily punitive. Accordingly, we ask that Mr. Trice's surrender date be extended until the first week of January 2022 so that he can surrender directly to his designated facility.

Thank you for your consideration of this matter.

*[Handwritten: The surrender date is extended until January 4, 2022 at 2pm. The deft will surrender to the designated facility.]*

Respectfully submitted,

/s/Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc: AUSA Ni Qian (via ECF)

*[Signed: Alvin K. Hellerstein 11/29/2021]*