**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 27, 2021

*VIA ECF*
The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

/s/ Alvin K. Hellerstein
December 27, 2021

   Re: *United States v. Rashaun Trice et al.,* 19 CR 582 (AKH)

Dear Judge Hellerstein:

  With the consent of the government, I write to seek an extension of the date by which Mr. Trice must surrender to begin to serve his prison sentence. The Court previously extended Mr. Trice's surrender date to January 4, 2022 to afford the B.O.P. additional time to designate a facility for Mr. Trice. The B.O.P. needs additional time beyond January 4, 2022. According to Pretrial Services, it expects a designation on or before January 11, 2022. Accordingly, we ask that Mr. Trice's surrender date be extended to the week of January 17, 2022 so that he can surrender directly to his designated facility.

  Thank you for your consideration of this matter.

                Respectfully submitted,

                /s/Julia Gatto
                Julia L. Gatto
                Assistant Federal Defender
                (212) 417-8750

cc: AUSA Ni Qian (via ECF)