# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 20, 2022

*VIA ECF AND EMAIL*
The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

/s/ Alvin K. Hellerstein
January 21, 2022

Re:   *United States v. Rashaun Trice et al.,* 19 CR 582 (AKH)

Dear Judge Hellerstein:

With the consent of Pretrial Services and the government, I write to seek an extension of the date by which Mr. Trice must surrender to begin to serve his prison sentence. Twice previously, the Court extended Mr. Trice's surrender date to afford the B.O.P. additional time to designate a facility for Mr. Trice. Although the parties expected the designation to be complete by this week, the B.O.P. needs additional time. Accordingly, we ask that Mr. Trice's surrender date be extended by a month to February 18, 2022 so that he can surrender directly to his designated facility.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:   AUSA Ni Qian (via ECF)
      USPO Lea Harmon (via e-mail)